UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA,<br><br>             Plaintiff,<br><br>vs.<br><br>EMARD, et al.,<br><br>             Defendants.<br>_____/ | 1:06-cv-00697-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 2) |

    Ray Medina ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 19, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On July 6, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

/

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.  In addition,
6 the court notes that it appears Plaintiff's motion is now moot
7 because Plaintiff has filed a change of address, indication
8 transfer to a new institution.
9    Accordingly, IT IS HEREBY ORDERED that:
10    1.  The Findings and Recommendations, filed June 19, 2006,
11 are ADOPTED IN FULL; and,
12    2.  Plaintiff's Motion for Injunctive Relief, filed June 5,
13 2006, is DENIED, without prejudice, as PREMATURE.

IT IS SO ORDERED.

**Dated:   September 12, 2006**            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

2