IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA, | 1:06-cv-00697-AWI-SMS-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR RETURN OF EXHIBITS |
| vs. | |
| L. EMARD, et al., | ORDER DENYING REQUEST FOR COURT ORDER DIRECTING CDCR TO PROVIDE PLAINTIFF A REVIEW OF HIS FILES |
| Defendants. | (Doc. 31) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2008, plaintiff filed a request for the court to return the original exhibits which he filed with his complaint, or in the alternative, to issue an order directing the California Department of Corrections and Rehabilitation ("CDCR") to provide plaintiff with a review of his medical and central prison files. (Doc. 31.)

**I.      Request for Return of Exhibits**

Plaintiff requests that all of the original exhibits he submitted to the court with his complaint be returned to him. Plaintiff maintains that he needs the exhibits to litigate his case. As plaintiff is aware, the Eastern District of California is an electronic case management/filing district (CM/ECF). Local Rule 5-133(a). Attorneys must file all documents electronically, with few exceptions. Id. However, pro se litigants generally are not permitted to utilize electronic filing and must instead submit paper filings which are transformed into electronic format by the Clerk. Local Rule 5-133(b).

1

Under Local Rules, the Clerk has custody of all electronic and paper files and records of the court. Local Rule 39-138(a). The Local Rules prohibit the taking of any file, record, paper, or item belonging to the files of the court from the custody of the Clerk without a special order of the court and a receipt given by the party obtaining it, describing it and the date of its receipt. Id.

A review of the record shows that plaintiff filed sixty-five pages of exhibits along with his original complaint on June 5, 2006. (Doc. 1.) The exhibits have been scanned into the court's record and are available for public viewing and copies. Due to the large volume of cases and documents received at this court, individual requests for return of documents are not granted without a compelling reason. Plaintiff may obtain copies of his court documents, for a fee, from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800-842-2695.[1] Also, copies of plaintiff's exhibits may be available from his Central File at the prison. Therefore, plaintiff's request for return of his exhibits shall be denied.

**II.    Request for Court Order Directing CDCR**

In the alternative to return of the exhibits, plaintiff requests a court order directing the CDCR to provide him with a review of his medical and central prison files. In most instances, a court order is not required for an inmate to review his prison files. Plaintiff should make such a request himself, following the procedures in place at the prison. Therefore, plaintiff's request for a court order shall be denied.

**III.   Conclusion**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for return of his original exhibits is DENIED; and
2. Plaintiff's request for a court order directing the CDCR to provide plaintiff with a review of his medical and central prison files is DENIED.

IT IS SO ORDERED.

**Dated:    October 2, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that in forma pauperis status does not include the cost of copies.

2