# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA, | 1:06-cv-00697-LJO-SMS-PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| L. EMARD, et al., | |
| Defendants. | |

Plaintiff Ray Medina ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 5, 2006. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants C/O's Emard, Barajas, Bray, Nunley, Razo, and Morales for use of excessive physical force in violation of the Eighth Amendment; against defendant Sgt. Frazer for standing by and watching the attack; against defendant MTA Beagle for inadequate medical care under the Eighth Amendment; and against defendant C/O Emard for retaliation under the First Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that defendants Lt. G. Hargrove, Lt. B. Taylor, Lt. R. Miller, Cpt. F.B. Haws, Dr. Vo, and Cpt. R. Grounds be dismissed from this action for plaintiff's failure to state a claim upon which relief may be granted against them under section 1983. The court also recommended that plaintiff's Due Process claim, Equal Protection claim, claim for failure to process/review plaintiff's 602 inmate appeals, conspiracy claim, and claim for failure to transfer plaintiff to another facility be dismissed for failure to state a claim upon which relief may be granted under section 1983.

1    Accordingly, it is HEREBY ORDERED that:

2    1.    Service is appropriate for the following defendants:

3                    C/O L. Emard

4                    C/O E. Barajas

5                    C/O D. Bray

6                    C/O J. Nunley

7                    C/O J. Razo

8                    C/O A. Morales

9                    Sgt. D. Frazer

10                   MTA Roseann Beagle

11   2.    The Clerk of the Court shall send plaintiff eight (8) USM-285 forms, eight (8)
12         summonses, a Notice of Submission of Documents form, an instruction sheet and a
13         copy of the complaint filed June 5, 2006;

14   3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the
15         attached Notice of Submission of Documents and submit the completed Notice to the
16         court with the following documents:

17         a.    Completed summons;

18         b.    One completed USM-285 form for each defendant listed above; and

19         c.    Nine (9) copies of the endorsed complaint filed June 5, 2006.

20   4.    Plaintiff need not attempt service on defendants and need not request waiver of
21         service.  Upon receipt of the above-described documents, the court will direct the
22         United States Marshal to serve the above-named defendants pursuant to Federal Rule
23         of Civil Procedure 4 without payment of costs.

24   5.    <u>The failure to comply with this order will result in a recommendation that this action
25         be dismissed</u>.

26   IT IS SO ORDERED.

27   **Dated:    October 2, 2008**            **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE
28

2