IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>L. EMARD, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-00697 LJO SMS (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO RETURN SERVICE DOCUMENTS<br>(DOCUMENT #35)<br><br>ORDER DIRECTING CLERK TO SEND EIGHT USM-285 FORMS TO PLAINTIFF<br><br>THIRTY DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 20, 2008, plaintiff filed a motion to extend time to complete and return the service documents, pursuant to the court's order of October 6, 2008.  Plaintiff also requests eight USM-285 forms needed to comply with the court's order.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff is granted thirty (30) days from the date of service of this order in which to complete and return service documents; and

　　　　2.　　The Clerk of the Court is directed to send Plaintiff eight (8) USM -285 forms.

IT IS SO ORDERED.

**Dated:　　November 3, 2008**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE