IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA, | 1:06-cv-00697-LJO-SMS-(PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO RETURN |
| vs. | SERVICE DOCUMENTS |
| L. EMARD, et al., | (DOCUMENT #38) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2008, plaintiff filed a second motion to extend time to return service documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to return and file service documents.

IT IS SO ORDERED.

**Dated:   December 19, 2008**              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE