1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAY MEDINA,                          1:06-cv-00697-LJO-SMS-PC

12            Plaintiff,                   ORDER ADOPTING FINDINGS
                                           AND RECOMMENDATIONS
13        vs.                              (Doc. 34)

14   L. EMARD, et al.,                     ORDER FOR THIS ACTION TO PROCEED ONLY
                                           AGAINST DEFENDANTS EMARD, BARAJAS,
15                                         BRAY, NUNLEY, RAZO, MORALES, FRAZER,
                                           AND BEAGLE, AND DISMISSING ALL
16            Defendants.                  REMAINING CLAIMS AND DEFENDANTS
     _____/
17

18        Ray Medina ("plaintiff") is a state prisoner proceeding pro se in this civil rights action

19   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

20   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21        On October 6, 2008, findings and recommendations were entered, recommending that

22   this action proceed only against defendants Emard, Barajas, Bray, Nunley, Razo, Morales, Frazer,

23   and Beagle, and all remainint claims and defendants be dismissed.   Plaintiff was provided an

24   opportunity to file objections to the findings and recommendations within thirty days.   To date,

25   plaintiff has not filed objections or otherwise responded to the findings and recommendations.

26        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

27   305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

28                                           1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on October 6, 2008, are adopted in full;

2.  This action now proceeds only against defendants C/O's Emard, Barajas, Bray, Nunley, Razo, and Morales for use of excessive physical force in violation of the Eighth Amendment; against defendant Sergeant Frazer for standing by and watching the attack; against defendant MTA Beagle for inadequate medical care under the Eighth Amendment; and against defendant C/O Emard for retaliation under the First Amendment;

3.  All remaining claims and defendants are dismissed from this action;

4.  Defendants Lt. G. Hargrove, Lt. B. Taylor, Lt. R. Miller, Cpt. F.B. Haws, Dr. Vo, and Cpt. R. Grounds are dismissed from this action for plaintiff's failure to state a claim upon which relief may be granted against them under section 1983;

5.  Plaintiff's Due Process claim, Equal Protection claim, claim for failure to process/review plaintiff's 602 inmate appeals, conspiracy claim, and claim for failure to transfer plaintiff to another facility are dismissed for failure to state a claim upon which relief may be granted under section 1983; and

6.  The Clerk is directed to reflect dismissal of defendants Lt. G. Hargrove, Lt. B. Taylor, Lt. R. Miller, Cpt. F.B. Haws, Dr. Vo, and Cpt. R. Grounds, on the Court's docket.

IT IS SO ORDERED.

**Dated:    December 19, 2008                      /s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE