# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA, | 1:06-cv-00697-LJO-SMS-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO SUBMIT ADDITIONAL COPIES REQUIRED FOR SERVICE OF PROCESS, WITHIN THIRTY DAYS |
| v. | |
| L. EMARD, et al., | ORDER FOR CLERK TO SEND NOTICE AND COPIES TO PLAINTIFF |
| Defendants. | |

Plaintiff Ray Medina ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 6, 2008, the court issued an order finding service of the complaint appropriate and forwarding service documents to plaintiff for completion and return. (Doc. 33.) In the order, plaintiff was directed to send nine (9) copies of the endorsed complaint filed June 5, 2006 to the court along with the completed service documents. On January 28, 2009, plaintiff submitted the completed service documents to the court. (Doc. 43.) Plaintiff also submitted nine (9) copies of the first twenty-seven (27) pages of the ninety-six (96) page complaint. However, plaintiff failed to send any copies of the last sixty-nine (69) pages of the complaint, which consist of exhibits to the complaint. Plaintiff refers to the exhibits in the body of the complaint. As a result, the exhibits are part of the complaint and must be served on the parties along with the rest of the complaint during service of process. Therefore, plaintiff must submit nine (9) copies of the exhibits to the court before

1

1 service can proceed. On the chance that plaintiff may not have a copy of the exhibits, the Clerk
2 shall send plaintiff one copy of the exhibits, at pages 28-96 of the complaint, from which additional
3 copies can be made.

4     Accordingly, it is HEREBY ORDERED that:
5     1.   The Clerk of the Court shall send to plaintiff:
6          (1)   One copy of pages 28-96 of the complaint filed June 5, 2006; and
7          (2)   A Notice of Submission of Documents form;
8     2.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the
9          Notice of Submission of Documents form and submit the completed Notice to the
10         court with nine (9) copies of pages 28-96 of the complaint filed June 5, 2006;
11    3.   Plaintiff need not attempt service on defendants and need not request waiver of
12         service. Upon receipt of the above-described Notice and nine (9) copies, the court
13         will direct the United States Marshal to serve the defendants pursuant to Federal Rule
14         of Civil Procedure 4 without payment of costs; and
15    4.   <u>The failure to comply with this order will result in a recommendation that this action
16         be dismissed</u>.

17 IT IS SO ORDERED.

18 **Dated:   February 20, 2009**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE