IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA, | 1:06-cv-00697-LJO-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 45.) |
| vs. | |
| L. EMARD, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | (Docs. 41, 42.) |

Ray Medina ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 27, 2009, findings and recommendations were entered, recommending that plaintiff's motion for preliminary injunctive relief be denied. (Doc. 45.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 27, 2009, are adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief, filed on December 24, 2008 and supplemented on December 29, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:    May 14, 2009**            /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE