# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA, | CASE NO. 1:06-cv-00697-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING MOTION |
| v. | (Doc. 83) |
| L. EMARD, et al., | |
| Defendants. | |

On October 25, 2010, Plaintiff Ray Medina filed a motion seeking a ruling on his motion for reconsideration. Plaintiff's motion is HEREBY ORDERED STRICKEN from the record on the ground that motions seeking status or requesting a ruling on pending motions are inappropriate. Motions filed will be ruled upon in due course.[1]

IT IS SO ORDERED.

**Dated:   October 28, 2010**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

[1] In this instance, Plaintiff's motion for reconsideration was denied on October 19, 2010.

1